UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20423-CIV-KING

LARRY KLAYMAN,

    Plaintiff,

v.

ROGER KLEINMAN,
CAVITCH, FAMILO & DURKIN CO., LPA,
and McDONALD HOPKINS, LLC,

    Defendants.
_____/

## NOTICE THAT CASE WILL BE DISMISSED FOR LACK OF PROSECUTION

The above-styled action is not at issue and has been pending before this Court without any action having been taken by Plaintiff since July 3, 2013 **(D.E. #8)**. There has been no record activity since that time, which amounts to more than six months of inactivity.

Accordingly, upon due consideration, the Court **ORDERS, ADJUDGES,** and **DECREES**, *sua sponte*, that the above-styled action be and the same will be dismissed on January 27, 2014 for lack of prosecution unless some action is taken within the above specified time to bring this case to issue.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 16th day of January, 2014.

                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record